IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PATRICK H. MONTERO, | ) | CV 15-00196 HG-KSC |
|     Plaintiff, | ) | |
| vs. | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | |
|     Defendant. | ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR ATTORNEYS' FEES (ECF No. 53), AS MODIFIED**

Findings and Recommendation having been filed and served on all parties on December 4, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation Granting in Part and Denying in Part Plaintiff's Motion for Attorneys' Fees" (ECF No. 53) are adopted as the opinion and order of this Court with the following modifications:

    On page 6, line 5, add a period after ")".

    On page 7, line 14, replace "no" with "not".

    On page 9, line 13, replace "At" with "at".

    On page 10, line 16, replace "a" with "of".

    On page 10, line 16, replace "time" with "times".

    On page 10, line 17, replace "determined" with "determine".

1

IT IS SO ORDERED.

Dated: December 31, 2018, Honolulu, Hawaii.

/s/ Helen Gillmor
Helen Gillmor
United States District Judge

Patrick H. Montero v. Nancy A. Berryhill, Acting Commisioner of Social Security, Civ. No. 15-00196 HG-KSC, **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR ATTORNEYS' FEES (ECF No. 53), AS MODIFIED**